**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

      Plaintiff,

      v.

MISAO HIOKI,

      Defendant.

_____/

No. 3:07-70260 EDL

REMOVAL ORDER - OUT OF CUSTODY

     IT APPEARING that a **criminal complaint** has been filed in the **Southern** District of **Florida** charging the defendant above-named, with a violation of Title **15**, United States Code, Section(s) **1**.

     IT IS HEREBY ORDERED that the defendant be released on **$500,000 secured bond** , to report to the United States District Court for the **Southern** District of **Florida**, when summoned by that District, and to abide by further orders of that Court.  Any money posted as bail shall be transmitted to the clerk in the district where the offense was allegedly committed.

Dated:  July 13, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge