**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 17, 2007

United States District Court Clerks Office
299 East Broward Boulevard Room 108
Fort Lauderdale, FL 33301



| | |
|---|---|
| Case Name: | US-v-Hioki |
| Case Number: | 3-06-70260 MAG |
| Charges: | 15:1 |

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Laporte. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

    (  )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 40 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

    Sincerely yours,

    RICHARD WIEKING, Clerk

    by: <u>Valerie Kyono</u>
    Case Systems Administrator

Enclosures
cc: Financial Office